FILED
2022 Apr-28  AM 08:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT "A"

DOCUMENT 1

ELECTRONICALLY FILED
3/24/2022 3:19 PM
01-CV-2022-900865.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON SMITH, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev. 9/18 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Cas<br>01<br>Date of Filing:<br>03/24/2022   Judge Code: |
|---|---|---|

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### ROBERT TILL v. BARRAQ ALQUZA ET AL

**First Plaintiff:** ☐ Business  ☑ Individual  ☐ Government  ☐ Other

**First Defendant:** ☐ Business  ☑ Individual  ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
☐ WDEA - Wrongful Death
☐ TONG - Negligence: General
☑ TOMV - Negligence: Motor Vehicle
☐ TOWA - Wantonness
☐ TOPL - Product Liability/AEMLD
☐ TOMM - Malpractice-Medical
☐ TOLM - Malpractice-Legal
☐ TOOM - Malpractice-Other
☐ TBFM - Fraud/Bad Faith/Misrepresentation
☐ TOXX - Other:

**TORTS: PERSONAL INJURY**
☐ TOPE - Personal Property
☐ TORE - Real Property

**OTHER CIVIL FILINGS**
☐ ABAN - Abandoned Automobile
☐ ACCT - Account & Nonmortgage
☐ APAA - Administrative Agency Appeal
☐ ADPA - Administrative Procedure Act
☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/ Enforcement of Agency Subpoena/Petition to Preserve
☐ CVRT - Civil Rights
☐ COND - Condemnation/Eminent Domain/Right-of-Way
☐ CTMP - Contempt of Court
☐ CONT - Contract/Ejectment/Writ of Seizure
☐ TOCN - Conversion
☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/ Injunction Election Contest/Quiet Title/Sale For Division
☐ CVUD - Eviction Appeal/Unlawful Detainer
☐ FORJ - Foreign Judgment
☐ FORF - Fruits of Crime Forfeiture
☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
☐ PFAB - Protection From Abuse
☐ EPFA - Elder Protection From Abuse
☐ QTLB - Quiet Title Land Bank
☐ FELA - Railroad/Seaman (FELA)
☐ RPRO - Real Property
☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
☐ COMP - Workers' Compensation
☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:**  F ☑ INITIAL FILING        A ☐ APPEAL FROM DISTRICT COURT        O ☐ OTHER

R ☐ REMANDED        T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☑ YES ☐ NO   Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**  ☑ MONETARY AWARD REQUESTED  ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**
HOL136   3/24/2022 3:19:04 PM
Date

/s/ BRETT HARRISON HOLLETT
Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:** ☐ YES ☑ NO ☐ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:** ☐ YES ☑ NO

ELECTRONICALLY FILED
3/24/2022 3:19 PM
01-CV-2022-900865.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON  SMITH, CLERK

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

| | | |
|---|---|---|
| ROBERT TILL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No.: |
| | § | |
| | § | |
| v. | § | |

BARRAQ ALQUZA, an individual; UBER TECHNOLOGIES, INC., a corporation; there may be other entities whose true names and identities are unknown to the Plaintiff at this time, who may be legally responsible for the claim(s) set forth herein who may be added by amendment by the Plaintiff when their true names and identities are accurately ascertained by further discovery. Until that time, the Plaintiff will designate these parties in accordance with ARCP 9(h). The word "entity" as used herein is intended to refer to and include any and all legal entities including individual persons, any and all forms of partnership, any and all types of corporations and unincorporated associations. The symbol by which these parties Defendant are designated is intended to include more than one entity in the event that discovery reveals that the descriptive characterization of the symbol applies to more than one "entity." In the present action, the parties Defendant which the Plaintiff must include by descriptive characterization are as follows:

Defendants A, B and C, that person who was operating the vehicle which permitted, caused or allowed a vehicle to collide with the automobile occupied by Robert Till;
Defendant D, E and F, that entity on whose behalf the vehicle which permitted, caused or allowed a vehicle to collide with the vehicle occupied by Robert Till was being operated;
Defendant G, H and I, that entity who was the employer of the driver of the vehicle which permitted, caused or allowed a vehicle to collide with the automobile occupied by Robert Till;
Defendant J, K and L, that entity which owned the vehicle which permitted, caused or allowed a vehicle occupied by Robert Till;
Defendant M, N and O, that entity who controlled the operation of the vehicle which permitted, caused or allowed a vehicle to collide with the vehicle occupied by Robert Till;
Defendant P, Q and R, that entity which entrusted the vehicle which permitted, caused or allowed a vehicle to collide with the vehicle occupied by Robert Till to the driver of said vehicle;
Defendant S, T and U, that entity which maintained the vehicle which permitted, caused or allowed a vehicle to collide with the vehicle occupied by Robert Till;
Defendants V, W and X, that entity which either sold, gave or otherwise provided intoxicating beverages to the operator of the vehicle which collided with the vehicle occupied by Robert Till;

Defendants Y, Z and AA, that entity who designed, manufactured or otherwise marketed the vehicle that Robert Till was occupying at the time of the incident made the subject matter of this lawsuit;

Defendants BB, CC and DD, that entity which provided any insurance coverage whatsoever to the named and/or fictitious parties in this lawsuit;

Defendants, EE, FF, and GG, whether singular or plural, that entity or those entities intending to refer to that person, firm, corporation or other legal entity (which in addition to those individuals and entities described above) whose breach of contract or warranty contributed to cause the occurrence made the basis of this lawsuit;

Defendants, HH, II, and JJ, whether singular or plural, that entity or those entities intending to refer to that person, firm, corporation or other legal entity (which in addition to those individuals and entities described above) whose negligence, wantonness, or other wrongful conduct contributed to cause the occurrence made the basis of this lawsuit;

Defendants, KK, LL, and MM, whether singular or plural, that entity or those entities intending to refer to that person, firm, corporation or other legal entity who or which provided any insurance coverage, of whatever kind or character, to any of the named or fictitious Defendants herein;

Defendants, NN, OO, and PP, whether singular or plural, that entity or those entities intending to refer to that person, firm, corporation or other legal entity who or which is/are the successor in interest of any Defendant named or described herein;

Defendants, QQ, RR, and SS, whether singular or plural, that entity or those entities intending to refer to that person, firm, corporation or other legal entity who or which is/are the predecessor to any Defendant named or described herein;

Defendants, TT, UU, and VV, those persons, firms, corporations or other legal entities that breached a legal duty owed to the Plaintiff whether in tort, contract, equity or statutory violation thereby proximately causing his injuries;

     Defendants.

## COMPLAINT

1.     The Plaintiff, Robert Till, is over the age of nineteen (19) years and is a resident citizen of the State of Texas. The Plaintiff, Robert Till, was caused to suffer injuries as a result of the incident that is the basis of this lawsuit.

2.     The Defendant, Barraq Alquza, is over the age of nineteen (19) years and a resident of the State of Alabama.

3.     The Defendant, Uber Technologies, Inc., (hereinafter "Uber") is a corporation engaged in the business of providing transportation services in the State of Alabama. Plaintiff was

a passenger of Uber and engaged Uber for transportation services on the date of the incident more fully described below. Defendant Barraq Alquza was an employee of Uber and was acting within his scope of employment at the time of the incident more fully described below.

4.      The actions, inactions and/or events giving rise to the Plaintiff's claims occurred wholly within the geographical boundaries of Jefferson County in the State of Alabama.

5.      The amount in controversy exceeds the jurisdictional minimums of this Honorable Court.

6.      Jurisdiction and venue are proper in this Court.

**COUNT I**
**NEGLIGENCE/WANTONNESS**

7.      Plaintiff avers that on or about the 24th day of March 2020, on a public highway, towit: Elton B. Stevens at the intersection of 4th Avenue South in Jefferson County, Alabama, the Defendant, Barraq Alquza, negligently or wantonly permitted, caused or allowed a motor vehicle to collide with the automobile occupied by Robert Till.

8.      As a direct or proximate consequence of the negligence or wantonness of the Defendant, the Plaintiff, Robert Till, was caused to suffer the following injuries and damages:

     a)   he was caused to suffer physical pain and mental anguish;

     b)   he was caused to seek medical treatment and was prevented from going about his
     c)   normal activities;

     d)   he was caused to incur medical expenses to treat and cure his injuries;

     e)   he was caused to lose wages;

     f)   his vehicle was rendered less valuable; and

     g)   he was caused to be injured and damaged, all to his detriment.

9.     The Plaintiff avers that the negligence or wanton conduct of each of the Defendants, both named and fictitious, combined and concurred to proximately cause the Plaintiff's injuries as herein above alleged.

**WHEREFORE**, Plaintiff hereby demands of the Defendants, jointly and severally, compensatory and punitive damages in an amount in excess of the jurisdictional requirements of this Court, said amount to be determined.

**COUNT II**
**FICTITIOUS DEFENDANTS**

10. Plaintiff adopts and avers each and every paragraph above as if fully set out herein.

11. As a direct or proximate consequence of the negligence or wantonness of the Fictitious Defendants, the Plaintiff, Robert Till, was caused to suffer the following injuries and damages:

    a)  he was caused to suffer physical pain and mental anguish;

    b)  he was caused to seek medical treatment and was prevented from going about his
    c)  normal activities;

    d)  he was caused to incur medical expenses to treat and cure his injuries;

    e)  he was caused to lose wages;

    f)  his vehicle was rendered less valuable; and

    g)  he was caused to be injured and damaged, all to his detriment.

12. Plaintiff further avers that the conduct of the Fictitious Defendants, identified as Defendants "A through VV," combined and concurred to directly and proximately cause the Plaintiff's injuries and damages as set out in **COUNT I** above. Defendants "A through VV," whose current names and identities are unknown to the Plaintiff at the present time will be correctly named and identified by amendment when properly ascertained.

**WHEREFORE**, the Plaintiff claims of the Fictitious Defendants, "A through VV," damages in an amount in excess of the jurisdictional requirements of this Court, plus costs.

/s/ Brett H. Hollett
**BRETT H. HOLLETT (HOL136)**
Attorney for Plaintiff

**OF COUNSEL:**

**TURNBULL, HOLCOMB & LEMOINE, PC**
2101 6th Avenue N., Ste. 1100
Birmingham, AL 35203
Phone: (205) 831-5040
Fax: (205) 848-6300
bhollett@turnbullfirm.com

## PLAINTIFF HEREBY DEMANDS A TRIAL BY STRUCK JURY

/s/ Brett H. Hollett
**BRETT H. HOLLETT (HOL136)**

**SERVE DEFENDANTS BY CERTIFIED MAIL:**

Barraq Alquza
4157 Old Cahaba Pkwy
Helena, AL 35080

Uber Technologies, Inc.
Through Registered Agent: CT Corporation System
2 North Jackson St., Suite 605
Montgomery, AL 36104



AlaFile E-Notice

01-CV-2022-900865.00

.. ...   .

To: BRETT HARRISON HOLLETT
bhollett@turnbullfirm.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

ROBERT TILL V. BARRAQ ALQUZA ET AL
01-CV-2022-900865.00

The following complaint was FILED on 3/24/2022 3:19:09 PM

.. ...   .

Notice Date:      3/24/2022 3:19:09 PM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203
.. ...   .
205-325-5355
jackie.smith@alacourt.gov



**AlaFile E-Notice**

01-CV-2022-900865.00

To:  BARRAQ ALQUZA
     4157 OLD CAHABA PARKWAY
     HELENA, AL, 35080

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

ROBERT TILL V. BARRAQ ALQUZA ET AL
01-CV-2022-900865.00

The following complaint was FILED on 3/24/2022 3:19:09 PM

Notice Date:      3/24/2022 3:19:09 PM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2022-900865.00

To:  UBER TECHNOLOGIES, INC.
C T CORPORATION SYSTEM
2 N. JACKSON ST. STE. 605
MONTGOMERY, AL, 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

ROBERT TILL V. BARRAQ ALQUZA ET AL
01-CV-2022-900865.00

The following complaint was FILED on 3/24/2022 3:19:09 PM

Notice Date:      3/24/2022 3:19:09 PM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov

| State of Alabama | **SUMMONS** | **Court Case Number** |
|---|---|---|
| Unified Judicial System | | 01-CV-2022-900865.00 |
| Form C-34  Rev. 4/2017 | **- CIVIL -** | |

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
ROBERT TILL V. BARRAQ ALQUZA ET AL

**NOTICE TO:** BARRAQ ALQUZA, 4157 OLD CAHABA PARKWAY, HELENA, AL 35080

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), BRETT HARRISON HOLLETT

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 2101 6th Avenue North, Suite 1100, BIRMINGHAM, AL 35203

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of ROBERT TILL

pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 03/24/2022 | /s/ JACQUELINE ANDERSON SMITH | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.       /s/ BRETT HARRISON HOLLETT

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____.

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*      *(Name of County)*

Alabama on _____.

*(Date)*

_____

*(Address of Server)*

_____      _____

*(Type of Process Server)*      *(Server's Signature)*

_____      _____

*(Server's Printed Name)*      *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>01-CV-2022-900865.00 |
| --- | --- | --- |

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
ROBERT TILL V. BARRAQ ALQUZA ET AL

**NOTICE TO:** UBER TECHNOLOGIES, INC., C T CORPORATION SYSTEM 2 N. JACKSON ST. STE. 605, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), BRETT HARRISON HOLLETT

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 2101 6th Avenue North, Suite 1100, BIRMINGHAM, AL 35203

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL
PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of ROBERT TILL
pursuant to the Alabama Rules of the Civil Procedure.                                      *[Name(s)]*

| 03/24/2022 | /s/ JACQUELINE ANDERSON SMITH | By: |
| --- | --- | --- |
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.          /s/ BRETT HARRISON HOLLETT
*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to

in _____ County,
*(Name of Person Served)*          *(Name of County)*

Alabama on _____.
*(Date)*

*(Address of Server)*

| *(Type of Process Server)* | *(Server's Signature)* | |
| --- | --- | --- |
| | *(Server's Printed Name)* | *(Phone Number of Server)* |



# NOTICE TO CLERK

REQUIREMENTS FOR COMPLETING SERVICE BY
CERTIFIED MAIL OR FIRST CLASS MAIL

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
ROBERT TILL V. BARRAQ ALQUZA ET AL

01-CV-2022-900865.00

To: CLERK BIRMINGHAM
clerk.birmingham@alacourt.gov

TOTAL POSTAGE PAID: $15.06

Parties to be served by Certified Mail - Return Receipt Requested

BARRAQ ALQUZA                                              Postage: $7.53
4157 OLD CAHABA PARKWAY
HELENA, AL 35080

UBER TECHNOLOGIES, INC.                                    Postage: $7.53
C T CORPORATION SYSTEM
2 N. JACKSON ST. STE. 605
MONTGOMERY, AL 36104

Parties to be served by Certified Mail - Restricted Delivery - Return Receipt Requested

Parties to be served by First Class Mail

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

BARRAQ ALQUZA
4157 OLD CAHABA PARKWAY
HELENA, AL 35080

9590 9402 7107 1251 0707 66

2. Article Number (Transfer from service label)

7021 1970 0001 4428 8455

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No
   S/C

CV- 22- 900 865

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

7021 1970 0001 4428 8455

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)
☐ Return Receipt (electronic)
☐ Certified Mail Restricted Delivery
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery $
Postage
Total Postage and Fees
Sent To
Street and Apt No., or PO Box No.
City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

Postmark Here

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

UBER TECHNOLOGIES, INC.
C T CORPORATION SYSTEM
2 N. JACKSON ST. STE. 605
MONTGOMERY, AL 36104

9590 9402 7107 1251 0707 80

2. Article Number (Transfer from service label)

7021 1970 0001 4428 8462

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

                        S/C        D z

              CN - 22 - 900 865

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

UBER TECHNOLOGIES, INC.

C T CORPORATION SYSTEM

2 N. JACKSON ST. STE. 605

MONTGOMERY, AL 36104



9590 9402 7107 1251 0707 80

2. Article Number *(Transfer from service label)*

7021 1970 0001 4428 8462

PS Form **3811**, July 2020 PSN 7530-02-000-9053

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _Jennifer Lockwood_   ☒ Agent
                        ☐ Addressee

B. Received by *(Printed Name)*   | C. Date of Delivery

MAR 2 8 2022

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

S/C   D2

CV-22-900865

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
   Mail Restricted Delivery
   0)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



USPS TRACKING#

9590 9402 7107 1251 0707 80

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

FILED IN OFFICE
CIRCUIT CIVIL DIVISION

MAR 31 2022

JACQUELINE ANDERSON SMITH
CLERK

JACQUELINE ANDERSON SMITH, CLERK
ROOM 400 JEFF CO COURTHOUSE
716 RICHARD ARRINGTON JR BLVD., NO.
BIRMINGHAM, ALABAMA 35203

G-010099



**AlaFile E-Notice**

01-CV-2022-900865.00

Judge: BRENDETTE BROWN GREEN

To: HOLLETT BRETT HARRISON
bhollett@turnbullfirm.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

ROBERT TILL V. BARRAQ ALQUZA ET AL
01-CV-2022-900865.00

The following matter was served on 3/28/2022

**D002 UBER TECHNOLOGIES, INC.**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

BARRAQ ALQUZA

4157 OLD CAHABA PARKWAY

HELENA, AL 35080



9530 9402 7107 1251 0707 66

2. Article Number *(Transfer from service label)*

7021 1970 0001 4428 8455

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X [signature]     ☒ Agent     ☐ Addressee

B. Received by *(Printed Name)*          C. Date of Delivery

4-27 C-19                                4/2/2022

D. Is delivery address different from item 1?  ☒ Yes
   If YES, enter delivery address below:       ☐ No

S/C

CV-22-900865

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...Mail
   Mail Restricted Delivery
   00)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

USPS TRACKING #

SANTA ANA CA 926

2 APR 2022 PM 2 L

9590 9402 7107 1251 0707 66

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

JACQUELINE ANDERSON SMITH, CLERK
ROOM 400 JEFF CO COURTHOUSE
716 RICHARD ARRINGTON JR BLVD., NO.
BIRMINGHAM, ALABAMA 35203

FILED IN OFFICE
CIRCUIT CIVIL DIVISION

APR 05 2022

JACQUELINE ANDERSON SMITH
CLERK

G-010100



AlaFile E-Notice

01-CV-2022-900865.00
Judge: BRENDETTE BROWN GREEN

To: HOLLETT BRETT HARRISON
bhollett@turnbullfirm.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

ROBERT TILL V. BARRAQ ALQUZA ET AL
01-CV-2022-900865.00

The following matter was served on 4/2/2022

**D001 ALQUZA BARRAQ**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov